## 68571. PATE v. FEDERATED MUTUAL INSURANCE COMPANY.
### (338 SE2d 74)

CARLEY, Judge.

In *Pate v. Federated Mut. Ins. Co.*, 173 Ga. App. 163 (325 SE2d 831) (1984), this court reversed the grant of summary judgment in favor of the defendant-insurer and affirmed the denial of summary judgment in favor of the plaintiff-insured. On certiorari, our Supreme Court reversed the judgment of this court as to the defendant-insurer. *Federated Mut. Ins. Co. v. Pate*, 254 Ga. 361 (329 SE2d 494) (1985). Accordingly, our original decision in *Pate v. Federated Mut. Ins. Co.*, supra, is vacated and the judgment of the Supreme Court is made the judgment of this court. The order of the trial court is affirmed in all respects.

*Judgment affirmed. Banke, C. J., Deen, P. J., McMurray, P. J., Birdsong, P. J., Sognier, Pope, Benham and Beasley, JJ., concur.*

DECIDED NOVEMBER 4, 1985.

*David N. Rainwater*, for appellant.
*James B. Hamilton*, for appellee.